| | |
|---|---|
| **ARTHUR ROSEMOND** | NUMBER: 80314 SECTION: D |
| VERSUS | 18TH JUDICIAL DISTRICT COURT |
| WALMART INC. AND XYZ INSURANCE COMPANY | PARISH OF IBERVILLE |
| | STATE OF LOUISIANA |

### PETITION FOR DAMAGES

The petition of **Arthur Rosemond**, a person of the full age of majority and domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents the following to wit:

1.

The defendants in this matter are as follows:

1. Walmart Inc. is a foreign corporation licensed to do business in the state of Louisiana with its principal business establishment and designated in its application to do business located in, and operating within the State of Louisiana.
2. Walmart Inc. is believed to be self insured, however, if that status has changed, the XYZ Insurance company as the defendants in this matter, and insurer of Walmart Inc.

2.

Plaintiff Arthur Rosemond indicates that on or about February 17, 2020, around 6:00 p.m., Arthur Rosemond (hereinafter Rosemond) was shopping as a patron of Walmart (Supercenter #401) located at 59690 Belleview Drive, Plaquemine, LA 70764.

3.

Rosemond entered the Walmart on crutches after a rain shower. Upon entering the Walmart location, there was water visibly located in small patches on the floor of the store. Upon entering, one of Mr. Rosemond's crutches slipped on the wet surface of the floor, at the entrance of the Wal-Mart. Due to a water residue and buildup on the floor, the crutches could not be securely placed on the floor. Upon falling, the plaintiff attempted to break his fall and violently struck the floor, which ultimately resulted in fracturing his arm, upon contact with the floor.

4.

An incident report was filled out and completed at the Walmart (Supercenter #401). During and subsequent to the fall it was noted that there was an "absence of any warning signs

EXHIBIT A

regarding the wet and slippery condition of the floor," and "no moping or preventative measures were taken to secure or dry off the premises" prior to the fall. This fall formed the cause-in-fact of the plaintiff's injuries.

5.

After the accident, Rosemond sought immediate medical treatment for his injuries and was in rendered in excruciating and debilitating pain as a result of the incident. and sought immediate treatment reporting to the Emergency room, where he was diagnosed with a displaced fracture to his left arm.

6.

Walmart Stores Inc. Stores has denied any and all liability for the plaintiff's injuries.

7.

The plaintiff suffered injury in the following respects:

(1) Pain and suffering due to surgery

(2) Mental Anguish

(3) Medical & Special Damages

(4) Debilitating Bodily Injury

(5) Any other injuries to be proven at trial of this matter.

8.

The defendant, Walmart Stores Inc., is responsible for the plaintiff's injuries by failing to provide a safe and cleanly environment for the plaintiff to enter safely and shop, and is therefore the legal cause of the plaintiff's accident and injuries sustained as complained of herein.

9.

WHEREFORE, Defendants are indebted, jointly, severally and insolido in the full sum to be determined by this honorable court together with legal interest from the date of judicial demand and for all costs of these proceedings together with the defendant's insurance carrier, (an unknown insured referred to as XYZ Insurance Company) and the defendant.

Amicable demand has proven to no avail. Petitioner prays for all equitable relief as this

EXHIBIT A

court may deem proper and for final resolution of this matter as is appropriate under the circumstances.

Respectfully Submitted:

Kevin L. James, ESQ# 24,129
Attorney for Arthur Rosemond
1834 Market Place Ave. Ste. B
Baton Rouge, Louisiana 70816
Phone: (225) 293-3433
Fax: (225) 293-3313

Please serve the defendant, Walmart Inc., through its agent for service of process:

C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, La 70816

A TRUE COPY
DATE 11-16-2020
Deputy Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana

FILED
2020 NOV 16 A 10: 47
DY CLERK-EX OFFICIAL
IBERVILLE, LOUISIANA

EXHIBIT A